

# boardman & clark llp
## LAW FIRM

Richard L. Bolton, Attorney

1 SOUTH PINCKNEY STREET, STE. 410, P.O. BOX 927, MADISON, WI 53701-0927
Telephone 608-283-1789
Facsimile 608-263-1709
rbolton@boardmanclark.com

November 14, 2012

<u>Via Certified Mail - RRR # 7010 0290 0002 1519 6625</u>

Attorney Eric Holder
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

      Re:    Freedom From Religion Foundation, et al. v.
                Douglas Shulman, Internal Revenue Service
                U.S. District Court, Western District of Wisconsin
                Case No. 3:12-CV-818

Dear Mr. Holder:

      Enclosed is a Summons, Complaint, Civil Cover Sheet, Notice of Assignment to Magistrate Judge, Procedure for Consenting, Order Re: Assignment of Cases, Order Governing Dispositive Motions, Briefing Guidelines, and Corporate Disclosure Form. These documents are sent to you regarding defendant Douglas Shulman in the above-captioned matter.

                                 Sincerely,

                                   BOARDMAN & CLARK LLP

                                   Richard L. Bolton

RLB/lea
Enc.
cc:    John W. Vaudreuil (w/enc. resent via certified mail on 11/15/ RRR# 7010 0290 0002
        1519 6649)
        Douglas Shulman (w/enc. resent via certified mail on 11/15/ RRR# 7010 0290 0002 1519
        6656)

F:\DOCS\WD\26318\25\A1536109.DOCX