UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS SHULMAN, COMMISSIONER OF THE INTERNAL REVENUE SERVICE, <br><br> Defendant. | Case No. 12-CV-818 |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel in the above-captioned case on behalf of the defendant.

Dated: January 9, 2013.

          Respectfully submitted,

          */s/ Richard G. Rose*
          RICHARD G. ROSE
          D.C. Bar No.: 493454
          U.S. Department of Justice, Tax Division
          Post Office Box 7238
          Ben Franklin Station
          Washington, D.C. 20044
          Telephone: (202) 616-2032
          Facsimile: (202) 514-6770
          E-mail: richard.g.rose@usdoj.gov

          *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that, on January 9, 2013, service of the foregoing Notice of Appearance was made upon all parties by filing it with the Clerk of Court using the CM/ECF system.

                                                */s/ Richard G. Rose*
                                                RICHARD G. ROSE
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice