IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVIN ROLLINS,

            Plaintiff,                              ORDER

v.                                                     12-cv-389-bbc

DENNIS MCKNIGHT and
MICHAEL LEAHMAN,

            Defendants.

---

MILWAUKEE INNER-CITY CONGREGATIONS ALLIED FOR
HOPE (MICAH) and BLACK HEALTH COALTION OF WISCONSIN,

            Plaintiffs,                             ORDER

v.                                                     12-cv-556-bbc

MARK GOTTLIEB, VICTOR MENDEZ,
GEORGE POIRER, FEDERAL HIGHWAY ADMINISTRATION,
RAY LAHOOD and U.S. DEPARTMENT OF TRANSPORTATION,

            Defendants.

---

FREEDOM FROM RELIGION FOUNDATION, INC.,

            Plaintiff,                              ORDER

v.                                                     12-cv-818-wmc

DOUGLAS SHULMAN, COMMISSIONER OF THE
INTERNAL REVENUE SERVICE,

            Defendant.

---

      The above-captioned cases have been reassigned to United States District Judge Lynn S. Adelman.

      Entered this 21st day of February, 2013.

                                          BY THE COURT:

                                          WILLIAM M. CONLEY
                                          District Judge

1