# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

Freedom from Religion

**Plaintiff,**

v.

Case No. 12CV818

Schulman

**Defendant.**

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding
Time Commenced: 10:30 am
Deputy Clerk: MCA

Date: 9/25/13
Concluded: 10:36 am
Court Reporter: —

**APPEARANCES:**

Plaintiff: Richard Bolton   608/283-1789

Defendant: Richard Rose   202/616-2032
Richard ~~Stoltz~~ Schwartz

Nature of Conference: Scheduling Conf.   [X] Telephonic

Notes:

- Court to adopt parties proposed schedule

- Government advises court that it is considering requesting permission to ~~take~~ on interlocutory ~~and~~ appeal.