## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**FREEDOM FROM RELIGION FOUNDATION,**
        Plaintiff,

v.                                      Case No.  12-C-0818

**DANIEL WERFEL**, Acting Commissioner
of the Internal Revenue Service,
        Defendant.

### ORDER FOLLOWING SCHEDULING CONFERENCE

On September 25, 2013, the court held a scheduling conference in accordance with Fed. R. Civ. P. 16.

**IT IS ORDERED** that:

1. The parties shall comply with Fed. R. Civ. P. 26(a)(1) concerning initial disclosures on or before **October 2, 2013**.

2. The parties may join additional parties and amend pleadings without further leave of the court through **October 15, 2013**.

3. The parties shall disclose any expert witnesses consistent with Rule 26(a)(2) on or before **May 1, 2014**. The parties shall disclose any rebuttal expert witnesses consistent with Rule 26(a)(2) on or before **July 1, 2014**.

4. All requests for discovery shall be served by a date sufficiently early so that all discovery in this case can be completed no later than **August 1, 2014**.

5. Any dispositive motions must be served and filed on or before **April 1, 2014**.

6. The court expects counsel to confer and make a good faith effort to settle the case.

The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court.

**SO ORDERED** at Milwaukee, Wisconsin, this 26th day of September, 2013.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge