AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:12-cv-00818-lsa |
| DOUGLAS SHULMAN, COMMISSIONER OF THE INTERNAL REVENUE SERVICE, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Holy Cross Anglican Church and Father Patrick Malone .

Date:  12/16/2013

s/ Eric Rassbach
*Attorney's signature*

Eric Rassbach, DC Bar No. 493739
*Printed name and bar number*

The Becket Fund for Religious Liberty
3000 K Street NW, Suite 220
Washington, DC 20007
*Address*

erassbach@becketfund.org
*E-mail address*

(202) 955-0095
*Telephone number*

(202) 955-0090
*FAX number*