## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**FREEDOM FROM RELIGION FOUNDATION,**
    Plaintiff,

v.                                                 Case No. 12-C-0818

**DANIEL WERFEL, Acting Commissioner of the Internal Revenue Service,**
    Defendant.

### ORDER ON UNOPPOSED MOTION TO EXTEND TIME FOR THE FILING OF DISPOSITIVE MOTIONS

This matter comes before the Court on the defendant's UNOPPOSED MOTION TO EXTEND TIME FOR THE FILING OF DISPOSITIVE MOTIONS. (Docket No. 36.) For good cause shown, the Court hereby GRANTS the defendant's motion. Accordingly, it is hereby ORDERED that:

The deadline for all parties to file dispositive motions shall be extended to October 1, 2014;

The parties shall abide by the following dispositive motion briefing schedule:

    a. Dispositive motions must be served and filed on or before October 1, 2014

    b. Opposition briefs must be served and filed on or before October 24, 2014

    c. Reply briefs must be served and filed on or before November 7, 2014

IT IS SO ORDERED this 10th day of June, 2014.

s/ Lynn Adelman

_____
LYNN ADELMAN
UNITED STATES DISTRICT JUDGE