## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

---

**FREEDOM FROM RELIGION FOUNDATION, INC.,**
      Plaintiff,

   v.

**JOHN KOSKINEN, Commissioner**
**of the Internal Revenue Service,**
      Defendant,

Case No. 12-C-0818

**and**

**HOLY CROSS ANGLICAN CHURCH,**
**FATHER PATRICK MALONE,**
      Intervenor Defendants

---

### ORDER

**IT IS ORDERED** that, if the intervenor defendants intend to oppose the joint motion for dismissal filed by the plaintiff and defendant, they shall file a response to the motion on or before July 28, 2014.

Dated at Milwaukee, Wisconsin this 19th day of July, 2014.

                                      s/ Lynn Adelman

                                      _____
                                      LYNN ADELMAN
                                      District Judge