AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

## WESTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION FOUNDATION,

    Plaintiff,

  v.   **JUDGMENT IN A CIVIL CASE**

JOHN KOSKINEN, Commissioner of the   Case Number 12-cv-818
Internal Revenue Service,

    Defendant,

  and

HOLY CROSS ANGLICAN CHURCH and
FATHER PATRICK MALONE,

    Defendant-Intervenors.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed without prejudice, with each party to bear its own costs, expenses and attorneys' fees.

| August 1, 2014 | Peter Oppeneer |
|---|---|
| Date | Clerk of Court |
| | s/ A. Wiseman, Deputy Clerk |
| | (By) Deputy Clerk |